AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Markese East,

*Plaintiff,*

v.

Joel Anderson *Deputy Director*; John Palmer
*Warden*; Victoria Griffin *Mental Health Officer*;
Charles Williams *Warden*; Ms. Lim *Food Service
Supervisor(FSS)*; Susan Duffy *Deputy Warden*; Julie
Caine *Regional Director*; Daniel Harouff *Deputy
Warden*; Mr. Holbrook *Classification Officer*;
Dennis Patterson *Deputy Director*; Ms. Davis *SCDC
Dietitcian*; Stacy Richardson *Division Director;*
Esther Labrador *Director of Mental Health,*

*Defendants.*

Civil Action No.    1:22-cv-03292-TLW

)
)
)
)
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

■ The plaintiff, Markese East, shall take nothing of the defendants, Joel Anderson *Deputy Director*, John Palmer
*Warden*, Victoria Griffin *Mental Health Officer*, Charles Williams *Warden*, Ms. Lim *Food Service Supervisor (FSS)*,
Susan Duffy *Deputy Warden*, Julie Caine *Regional Director*, Daniel Harouff *Deputy Warden*, Mr. Holbrook
*Classification Officer*, Dennis Patterson *Deputy Director*, Ms. Davis *SCDC Dietitcian*, Stacy Richardson *Division
Director* and Esther Labrador *Director of Mental Health*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge, presiding, accepting the Report and
Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing
the action.

Date:   March 13, 2023

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

_____

*Signature of Clerk or Deputy Clerk*